Christopher M. Humes Esq.
Nevada Bar No. 12782
William D. Nobriga, Esq.
Nevada Bar No. 14931
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone:  702.382.2101
Facsimile:  702.382.8135
Email: chumes@bhfs.com
          wnobriga@bhfs.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST; BOARD OF TRUSTEES OF THE ELECTRICAL WORKERS PENSION TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>LAM CONTRACTING, LLC, a Nevada limited liability company,<br><br>Defendant. | CASE NO.:  2:24-cv-00686-JCM-BNW<br><br><br><br>**PROPOSED JOINT DISCOVERY PLAN AND SCHEDULING ORDER PURSUANT TO FRCP 26(a)(1) AND LR 26-1(b)** |

Plaintiffs, the Board of Trustees of the Electrical Workers Health and Welfare Trust and Board of Trustees o the Pension Trust, and Defendant, LAM Contracting, LLC, by and through their respective counsel of record, hereby submit the following joint discovery plan and scheduling order pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26-1(a). It is hereby requested that the Court enter the joint discovery plan and scheduling order:

1.     **Meet and Confer.** Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26-1(a), the following parties conferred via telephone conference on January 31, 2025.

1

a.     Christopher M. Humes, Esq., for Plaintiffs.

b.     Paul T. Trimmer, Esq., for Defendant.

2.    **Pre-Discovery Disclosures.** The Parties will exchange Initial Disclosures as required by Fed. R. Civ. P. 26(a)(1) on **Tuesday, March 4, 2025**.

3.    **Discovery Cut-Off Date. Monday, July 14, 2025**. This date is less than 180 days from the date Defendants appeared in this action (**Monday, January 13, 2025**). The Parties agree that discovery may be needed on all allegations, claims and defenses, and that it is not necessary, at this time, to conduct discovery in phases or that discovery be limited in any way.

4.    **Disclosure of Experts.** Disclosure of experts shall proceed according to FRCP 26(a)(2) as requested herein:

a.    **Expert Reports.** The disclosure of experts and expert reports shall occur on or before **Thursday, May 15, 2025**, which is not less than 60 days before the discovery cut-off date; and

b.    **Rebuttal Expert Reports.** The disclosure of rebuttal experts and their reports shall occur on or before **Monday, June 16, 2025**, which is not more than 30 days after the initial disclosure of experts.

5.    **Other Items.**

a.    **Amending Pleadings and Adding Parties.** The Parties shall have until **Tuesday, April 15, 2025,** to file any motion(s) to add parties or amend pleadings. This is 90 days before the discovery cut-off date.

b.    **Dispositive Motions.** The Parties shall file dispositive motions on or before **Wednesday, August 13, 2025**. This date does not exceed the outside limit of 30 days following discovery cut-off date that LR 26-(b)(4) presumptively sets for filing dispositive motions.

c.    **Pretrial Order.** The pretrial order shall be filed by **Friday, September 12, 2025**, which is not more than 30 days after days after the date set for filing dispositive motions in the case. In the event a dispositive motion is timely filed, the deadline to submit the pretrial order shall be suspended until 30

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

days after a decision is made on such motion. The disclosures required by FRCP 26(a)(3) shall be made in the joint pretrial order.

d.  **Extensions or Modifications of the Discovery Plan and Scheduling Order.** LR 26-4 governs modifications or extensions of this discovery plan and scheduling order. Any stipulation or motion must be made not later than 21 days before the discovery cut-off date and must comply fully with LR 26-4.

e.  **Alternative Dispute Resolution.** The parties hereby certify that they have met and conferred about the possibility of using alternative dispute resolution processes pursuant to LR 26-1(b)(7). The parties will re-visit using the Court's alternative dispute-resolution processes as the case progresses.

f.  **Alternative Forms of Case Disposition.** Plaintiffs and Defendants certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and FRCP 73 and the use of the Short Trial Program (General Order 2013-01). The parties decline to participate in these forms of case disposition at this time.

g.  **Electronic Evidence.**  The parties hereby certify that they discussed whether they intend to present evidence in electronic format to jurors for the purposes of jury deliberations pursuant to LR 26-1(b)(9). The parties did not make any stipulations regarding providing discovery in an electronic format compatible with the Court's electronic jury evidence display system.

h.  **Electronically Stored Information.**  At this time, the Parties believe that this case will likely not involve or require the inspection or production of some electronically stored information ("ESI"). To the extent a party requests ESI, the parties agree to meet and confer to determine the parameters of the production and to produce according to the Federal Rules

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

3

of Civil Procedure and LR 26-1(b)(9).

  i.  **Protective Order**. The Parties agree to work together to enter into a stipulated protective order pursuant to Federal Rule of Civil Procedure 26(c) prior to producing any confidential documents in their possession.

  j.  **Agreement to Email Service.** The parties agree the discovery requests, discovery responses, and discovery production may be served on counsel of record via email. Service of such documents by email shall be treated the same as service by personal delivery for purposes of calculating deadlines.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

4

32651829.1

1    k.    **Reservation of Rights**. The Parties expressly reserve their rights to move

2    to stay discovery should the need arise.

3

4    BROWNSTEIN HYATT FARBER                    JACKSON LEWIS, P.C.
     SCHRECK, LLP

5    _____          _____
     /s/ Christopher M. Humes                   /s/ Paul T Trimmer
6    Christopher M. Humes, Esq.                 Paul T. Trimmer, Esq.
     Nevada Bar No. 12782                       Nevada Bar No. 9291
7    William D. Nobriga, Esq.                   300 South Fourth Street, Suite 900
     Nevada Bar No. 14931                       Las Vegas, Nevada 89101
8    100 North City Parkway, Suite 1600         Telephone: (702) 921-2460
     Las Vegas, Nevada 89106-4614               Facsimile: (702) 921-2461
9    Telephone: (702) 382-2101                  Email : Paul.Trimmer@jacksonlewis.com
     Facsimile:  (702) 382-8135
10   Email: chumes@bhfs.com
     Email:  wnobriga@bhfs.com
11

12   Attorneys for Plaintiffs                   Attorney for Defendant

13
     Dated: February 25, 2025                   Dated: February 25, 2025
14

15                              **O R D E R**

16       **IT IS SO ORDERED.**

17

18                                   _____
                                     UNITED STATES MAGISTRATE JUDGE
19
                                     DATED: February 26, 2025
20

21

22

23

24

25

26

27

28

5