Christopher M. Humes, Esq.
Nevada Bar No. 12782
William D. Nobriga, Esq.
Nevada Bar No. 14931
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone: (702) 382-2101
Facsimile:   (702) 382-8135
Email: chumes@bhfs.com
           wnobriga@bhfs.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST; BOARD OF TRUSTEES OF THE ELECTRICAL WORKERS PENSION TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>LAM CONTRACTING, LLC, a Nevada limited liability company,<br><br>Defendant. | Case No. 2:24-cv-00686-JCM-BNW<br><br>**JOINT REQUEST FOR EXTENSION OF STAY IN PROCEEDINGS**<br><br>**(FIRST REQUEST)** |

Plaintiffs, Boards of Trustees of the Electrical Workers Health and Welfare Trust and the Electrical Workers Pension Trust (the "Trust Funds") and LAM Contracting, LLC ("LAM"), by and through their respective counsel of record, jointly move this Court to extend the current stay of proceedings by thirty (30) days, until September 10, 2025, to allow the parties to complete their obligations under the current fully-executed settlement agreement.

1.  On June 2, 2025, the Trust Funds filed a Motion to Compel and a Motion for Discovery Sanctions against LAM. *See* ECF Nos. 9 & 10.

2. On June 3, 2025, this Court issued an order expediting the briefing schedule and setting a hearing on the pending discovery motions for June 13, 2025. *See* ECF No. 11.

3. On June 11, 2025, the parties filed a joint request to, among other things, vacate the June 13, 2025, hearing due to the parties believing they had reached an agreement in principle to resolve the instant dispute. *See* ECF No. 15.

4. On June 12, 2025, The Court granted the parties' requests and issued a stay in discovery for sixty (60) days, which ends on August 11, 2025. *See* ECF No. 17.

5. The parties have memorialized the terms of their agreement to resolve this dispute, with the parties predicted to have completed all obligations under the fully-executed settlement agreement by August 21, 2025.

Given that the parties have come to an agreement to resolve this case and that the obligations under the current settlement agreement will very likely be completed by August 21, 2025, the parties jointly request that the current stay of proceedings be extended by thirty (30) additional days, to September 10, 2025.

As this Court knows, it has "inherent authority to stay federal proceedings pursuant to its docket management powers." *Ernest Bock, LLC v. Steelman*, 76 F.4th 827, 842 (9th Cir. 2023The Ninth Circuit has "identified three non-exclusive factors courts must weigh when deciding whether to issue a docket management stay: (1) the possible damage which may result from the granting of a stay; (2) the hardship or inequity which a party may suffer in being required to go forward; and (3) the orderly course of justice measured in terms of the simplifying or complicating of issues, proof, and questions of law." *In re PG&E Corp. Sec. Litig.*, 100 F.4th 1076, 1085 (9th Cir. 2024) (quoting *Ernest Bock*, 76 F.4th at 842) (quotations omitted).

None of the factors above are implicated here, nor is this extension sought for the purpose of delay. The parties jointly request this stay to allow for additional time to complete their obligations under a fully-executed settlement agreement and prepare a joint request for dismissal of this case. This stay would benefit both sides to this dispute, as well as conserve resources for all involved, and is why this request is jointly brought.

The parties therefore request that the current stay of proceedings be extended to September 10, 2025. If no stipulation to dismiss this case has been filed by that date, the parties will file a joint status report on or before September 10, 2025, outlining the current status of the parties' resolution of this case, or lack thereof.

Dated: August 11, 2025.

| BROWNSTEIN HYATT FARBER SCHRECK, LLP | JACKSON LEWIS, P.C. |
|---|---|
| /s/ Christopher M. Humes | /s/ Paul T. Trimmer |
| Christopher M. Humes, Esq.<br>Nevada Bar No. 12782<br>William D. Nobriga, Esq.<br>Nevada Bar No. 14931<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106-4614<br>Telephone: (702) 382-2101<br>Facsimile: (702) 382-8135<br>Email: chumes@bhfs.com<br>Email: wnobriga@bhfs.com | Paul T. Trimmer, Esq.<br>Nevada Bar No. 9291<br>300 South Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br>Telephone: (702) 921-2460<br>Facsimile: (702) 921-2461<br>Email: Paul.Trimmer@jacksonlewis.com<br><br>*Attorney for Defendant* |
| *Attorneys for Plaintiffs* | |

**O R D E R**

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** August 13, 2025

**Case No. 2:24-cv-00686-JCM-BNW**

34612354.2

3