Christopher M. Humes, Esq.
Nevada Bar No. 12782
William D. Nobriga, Esq.
Nevada Bar No. 14931
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
Telephone:  (702) 382-2101
Facsimile:  (702) 382-8135
Email: chumes@bhfs.com
          wnobriga@bhfs.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST; BOARD OF TRUSTEES OF THE ELECTRICAL WORKERS PENSION TRUST, <br><br> Plaintiffs, <br><br> vs. <br><br> LAM CONTRACTING, LLC, a Nevada limited liability company, <br><br> Defendant. | Case No. 2:24-cv-00686-JCM-BNW <br><br><br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs, Boards of Trustees of the Electrical Workers Health Trust and the Electrical Workers Pension Trust, by and through their counsel of record, Christopher M. Humes, Esq. and William D. Nobriga, Esq., of the law firm of Brownstein Hyatt Farber Schreck, LLP, and Defendant, LAM Contracting, LLC, by and through its counsel of record Paul T. Trimmer, Esq, of the law firm of Jackson Lewis, P.C.,

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

hereby stipulate and agreed to a dismissal with prejudice of any and all claims in the above-captioned litigation. Each party shall bear its own costs, expenses and attorney's fees.

Dated: September 5, 2025.

| BROWNSTEIN HYATT FARBER SCHRECK, LLP | JACKSON LEWIS, P.C. |
|---|---|
| /s/ Christopher M. Humes | /s/ Paul T. Trimmer |
| Christopher M. Humes, Esq.<br>Nevada Bar No. 12782<br>William D. Nobriga, Esq.<br>Nevada Bar No. 14931<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106-4614<br>Telephone: (702) 382-2101<br>Facsimile:  (702) 382-8135<br>Email:  chumes@bhfs.com<br>Email:  wnobriga@bhfs.com | Paul T. Trimmer, Esq.<br>Nevada Bar No. 9291<br>300 South Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br>Telephone: (702) 921-2460<br>Facsimile: (702) 921-2461<br>Email : Paul.Trimmer@jacksonlewis.com |

*Attorneys for Plaintiffs*

*Attorney for Defendant*

**O R D E R**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** _____September 8, 2025_____

**CASE NO.:  2:24-cv-00686-JCM-BNW**

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101